UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHANE TYREE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:23-cv-02303-JRS-MJD ) |
| FRANK WOLFE, III, et al., | ) ) ) |
| Defendants. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On August 15, 2024, the Magistrate Judge submitted his Report and Recommendation (ECF No. 32) regarding Plaintiff's failure to comply with two orders to appear, as well as his failure to comply with the Court's Order Setting Pretrial Schedule and Discussing Discovery (ECF No. 14). The parties failed to file objections within fourteen days after service of the Report and Recommendation. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. This case is dismissed with prejudice. Judgment consistent with this order shall issue.

Defendants Motion to Dismiss (ECF No. 29) is DENIED as moot. The Clerk shall close this case.

Date: 9/6/2024

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

SHANE TYREE
2814 Delores Dr.
Indianapolis, IN 46222

Peter Hutson
Church Church Hittle & Antrim
phutson@cchalaw.com

Liberty L. Roberts
CHURCH CHURCH HITTLE & ANTRIM (Noblesville)
lroberts@cchalaw.com